Argued and submitted October 29, reversed and remanded December 8, 1993, reconsideration denied February 23, petition for review pending 1994

In the Matter of the Compensation of
William W. Swint, Claimant.

William W. SWINT,
*Petitioner,*

*v.*

GUERDON INDUSTRIES
and Liberty Northwest Insurance Corporation,
*Respondents.*

(WCB 91-14261; CA A76872)

864 P2d 379

Karen M. Werner argued the cause for petitioner. With her on the brief was Emmons, Kropp, Kryger, Alexander, Egan & Allen.

James W. McVittie argued the cause and filed the brief for respondents.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded. *Meyers v. Darigold, Inc.*, 123 Or App 217, 861 P2d 352 (1993).